### 3737. SOUTHERN RAILWAY COMPANY *v.* PATTON.

HILL, C. J. The undisputed evidence showed that the plaintiff's steers were killed by the running of the locomotive and cars of the defendant railroad company; and their value was proved. The presumption of negligence thus raised was not clearly rebutted, and, in the absence of any error of law, the verdict, approved by the trial judge, must be.

*Affirmed.*

DECIDED MARCH 6, 1912.

Action for damages—appeal; from Habersham superior court—Judge J. B. Jones. August 15, 1911.

*A. G. & Julian McCurry, Harold W. Ketron,* for plaintiff in error.